UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAWN K, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:20-cv-00245-GZS ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 5, 2021, his Recommended Decision (ECF No. 21). No objections have been filed. Thus, this Recommended Decision is hereby **AFFIRMED**.

It is therefore **ORDERED** that:

1. the June 21, 2019 administrative decision is **VACATED.**

2. this matter is hereby **REMANDED** for further proceedings.

SO ORDERED.

                                               /s/ George Z. Singal
                                                United States District Judge

Dated this 23rd day of September, 2021.